UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Michael A. Hammer |
| | : | |
| v. | : | Mag. No. 25-10130 |
| | : | |
| NATASHA RIVAS | : | <u>CRIMINAL COMPLAINT</u> |

I, Shannon Treney, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

SEE ATTACHMENT A

I further state that I am a Special Agent with the Federal Bureau of Investigation, and that this Complaint is based on the following facts:

SEE ATTACHMENT B

continued on the attached pages and made a part hereof.

*/s/ Shannon Treney /JS*
_____
Shannon Treney, Special Agent
Federal Bureau of Investigation

Attested to me by telephone,
pursuant to FRCP 4.1(b)(2)(A)
on April 28, 2025,
in the District of New Jersey,

*/s/ Michael A. Hammer /JS*
_____
HONORABLE MICHAEL A. HAMMER
UNITED STATES MAGISTRATE JUDGE

## **ATTACHMENT A**

On or about July 11, 2024, in Bergen County, in the District of New Jersey, and elsewhere, the defendant,

NATASHA RIVAS,

did knowingly distribute child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), using any means or facility of interstate or foreign commerce or that had been mailed, or had been shipped or transported in or affecting interstate or foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(2)(A) and (b)(1).

## ATTACHMENT B

I, Shannon Treney, am a Special Agent with the Federal Bureau of Investigation. I have participated in this investigation, discussed this matter with other law enforcement officers, and have reviewed documents and other materials. Accordingly, I have personal knowledge of the facts set forth below. Because this criminal complaint is being submitted only for the limited purpose of establishing probable cause, I have not included each and every fact known to me concerning this investigation. Rather, I have set forth only the facts that I believe are necessary to establish probable cause. Unless specifically indicated, all conversations and statements described in this complaint are related in sum and substance and in part, and all dates and figures are approximate.

1. As set forth below, on or about July 11, 2024, defendant NATASHA RIVAS ("RIVAS")—a 23-year-old woman who until recently taught children in Japan—distributed child pornography to Scott Graham ("Graham"), an individual who resided in Eau Claire, Wisconsin, for their mutual sexual gratification.

2. On or about January 15, 2025, and following an investigation, law enforcement arrested Graham and seized numerous of Graham's devices from his residence. He was subsequently charged by the local authorities with possession of child pornography. During law enforcement's review of Graham's devices and the returns from a search warrant executed in connection with the investigation of Graham, law enforcement determined that, between in or around April and December 2024, RIVAS and Graham communicated across a number of messaging platforms. Using these messaging platforms, RIVAS sent Graham lascivious images and videos of children. Based on the investigation to date, law enforcement believes that these children are RIVAS's relatives.

3. More specifically, between in or around April and December 2024, Graham, using a messaging platform, communicated with an account believed to be used by RIVAS (the "RIVAS Account"). The RIVAS Account was subscribed to an email address subscribed to "Natasha Rivas"[1] and a phone number that witnesses have confirmed is utilized by RIVAS (the "RIVAS Phone Number"). The RIVAS Account was also created from a particular IP address[2] subscribed to a residence in Worcester, Massachusetts. The investigation has revealed that RIVAS was in Worcester, Massachusetts in or around the time the account was created.

4. Between in or around April and December 2024, RIVAS, using the RIVAS Account, sent numerous images to Graham, several of which include RIVAS and appear to be "selfies" (i.e., photographs taken by an individual who is in the photograph). Based on law enforcement's comparison of these "selfies" and RIVAS's driver's license photograph and other known images of RIVAS, law enforcement further concluded that RIVAS used the RIVAS Account.

5.      During a search of an iPad seized from Graham's residence on or about January 15, 2025, law enforcement identified numerous videos depicting RIVAS with a minor victim. Two examples, from May 2024, include:

    a. A video with a create date of May 19, 2024, depicting RIVAS instructing a clothed prepubescent child to say "hi Scott."

    b. A video with a create date of May 19, 2024, depicting a man masturbating to several hard copy photographs. One photograph appears to be RIVAS wearing a low-cut shirt while sticking her tongue out. The other photograph depicts the minor victim described above in paragraph 5(a) laying on the ground with her legs spread open. The minor victim is wearing shorts, and her shirt is pulled up, exposing her chest and stomach. As the video progresses Graham ejaculates onto both photographs.

6.      On or about July 11, 2024, Graham and RIVAS, using the RIVAS Account, had the following exchange, reflecting sexualized language pertaining to minor victims. During this conversation, RIVAS sent two nude images of a prepubescent girl to Graham.

    Graham:    Can princess [a nickname Graham used for RIVAS] handle dis much pedo milky?

---

[1] In addition to the email address being subscribed to an individual named "Natasha Rivas," the "recovery" phone number associated with the email address has a Japanese country code. As noted, supra, RIVAS was in Japan for a period of time. Furthermore, the email address was accessed from Worcester, Massachusetts, North Bergen, New Jersey, and Osaka, Japan—all places where RIVAS traveled during the relevant time period.

[2] An Internet Protocol address (or "IP Address") refers to the unique address assigned to every computer or device on the Internet, the same way that every telephone has a unique telephone number. An IP address is a series of numbers separated by a period, and each number is a whole number between 0 and 255. An example of an IP address is 69.116.211.141. Each time an individual accesses the Internet, the computer from which that individual initiates access is assigned an IP address. Internet service providers, such as Comcast Corporation or T-Mobile US, Inc., log the date, time, and duration of the Internet session for each IP address and can identify the subscriber of that IP address for such a session from these records.

|  |  |
|---|---|
|  | [Sends an image of a nude adult female performing oral sex on a penis with what appears to be ejaculate all over her body] |
| RIVAS: | 😍😍 |
|  | dadaaaaaa |
|  | i NEEDDDD IT |
|  | my cunnin gwtting throbbiiiii |
|  | cummiii milky dada!!!!! |
|  | . . . |
| Graham: | We gonna make princessi look like dis in airport hehe |
| RIVAS: | dada dey look su su prettyyyy |
|  | dada i wan !!!! |
|  | i wan look super pretty!!! |
| Graham: | Mhhmmmm super duper pretty right?? |
|  | . . . |
| Graham: | Omg I fink I turned my daughter into such a little dum horni cumslutti n dada lubbb it su muchie hehe |
| RIVAS: | uh huhhh i dum horni cumsluttiiii |
|  | i NEED PEDO MILKYYY |
|  | . . . |
|  | [the conversation continues wherein RIVAS and Graham discuss having children together and Graham sexually assaulting their child. The conversation then turns to RIVAS's relatives.] |
|  | . . . |

|  | |
|---|---|
|  | i gunna be with [a prepubescent minor victim, "Minor Victim-1"] and [another prepubescent minor victim, "Minor Victim-2"] and my other cousins later today cuz we're going to the pool! |
| Graham: | Aww super fun hab fun princessi I lub u babi |
| RIVAS: | mhmm it gunna be much later tho so it bu now |
|  | . . . |
|  | den tell me dada |
|  | [Sends an image ("Image-1") that depicts a prepubescent child, standing in a bathroom. The child is wearing a yellow bathing suit top and is otherwise nude and her genitals are exposed. The image is centered around the child's genitals and her face is not visible.] |
|  | [Sends an image ("Image-2") that depicts the same prepubescent child standing in a bathroom. The child is wearing a yellow bathing suit top and is otherwise nude and her genitals are exposed. The image is centered around the child's genitals and her face is not visible.][3] |
|  | hehe dadi look at her bathing suittt it's so cute ! |
|  | i dunno if i'm gunna go in the water tho cuz my tummy hurtsss |
| Graham: | Awww nuu princessi tummy hurt?? 😩 |
|  | Mhm her bathing suit super duper extra cute! |

7.     On or about that same day, during the evening of July 11, 2024, RIVAS, using the RIVAS Phone Number, and Graham had the following conversation via text message, during which RIVAS described sexually assaulting Minor Victim-2 while Minor Victim-2 slept:

---

[3]     Based on my training and experience, these images constitute lascivious exhibition of the genitals or pubic area sufficient to constitute "sexually explicit conduct" pursuant to Title 18, United States Code, Section 2256(8)(A).

4

| | |
|---|---|
| RIVAS: | n [Minor Victim-2] sleeping in ofer bed now n i upsetttt cuz i wuz touching her cunnie under da blankie hmpf. n |
| | i wuz rubbi her little nippies tooooo |
| | . . . |
| Graham: | Umm when I see pictures of [Minor-Victim-2] in da shower n stuffz...it make dada really wan sucki on her babi cunnie n slitty |
| RIVAS: | hehe ewwww dadiiiiii pedooooo |

8. The following day, on or about July 12, 2024, RIVAS, using the RIVAS Phone Number, and Graham continued to have sexually explicit conversations concerning the minor victims, including by describing a minor as "veryyyy naughtiii," by stating that RIVAS was "showing [Minor Victim-2] how to humpi and twerk hehe," and that RIVAS "jus took [Minor Victim-2] a shower again and i really fink we should let our babies be nakey at home all the time." Subsequent to these messages, RIVAS discussed sexually assaulting the minor victims:

| | |
|---|---|
| Graham | Cuz sumtimes princessi say she like rubbi on [Minor Victim-2] n [Minor Victim-1] |
| | . . . |
| RIVAS: | Su I thought maybe she wan try like play wif it n maybe sucki on little bit |
| | like rubbi sumtimes cuz it jus showing lub dada. like wen i wan calm dem down i rubbi dem dere gently. even at the mall today dada! cuz when i pick dem up i put my hand down dere bad rubbi super gently!! su it nu naughti dadaaaa I jus do dat wen dey gud girls or wen dey hab calm down~~ |
| | su ji dunnnooo cuz sucki dem is silly dadaaa. i fink dat also dada jobbbb |
| | . . . |
| | dada our little girls babi pussi allll urs dada! |
| | . . . |

>i fink i wuz finking about sumfing dsda. like if i opened dere slitty up but i nu feel anyfinggg
>
>i super throbbiiii HEEH cuz i finking dada bout him sucki dere clitty a until dey fall asleep
>
>. . .
>
>dada but wen i took [Minor Victim-2] a shower dada, i put my finger y in dere, i nu open it, but i nu feeled it dada

9.      Additional communication between RIVAS and Graham further illustrate the nature of the communication between RIVAS and Graham. For example, on or about October 20, 2024, RIVAS, using the RIVAS Phone Number, sent videos to Graham of a prepubescent victim, including one of the minor victim "twerking."[4] In response to the videos, RIVAS and Graham make sexual comments about the minor victim:

>Graham        I fink she really wanned rubbi slitty 😯[5]
>
>. . .
>
>**RIVAS**:       she really did
>
>she gets horni super easi
>
>. . .
>
>Graham:      Nnngh I lub dat!
>
>. . .
>
>Awww she shud let her humpiiii

10.     In or around March 2025, law enforcement contacted relatives of Minor Victims-1 and -2 and showed them certain photographs and videos obtained during the investigation of Graham. The relatives conveyed to law enforcement, among other things, that:

---

[4] Twerking is defined by Merriam-Webster as "sexually suggestive dancing characterized by rapid, repeated hip thrusts and shaking of the buttocks."

[5] Based on my training and experience, and in this context, I understand "slitty" to be slang for a vagina.

      a. RIVAS was a relative of Minor Victims-1 and -2.

      b. RIVAS was with her relatives in a hotel in Ridgefield Park, New Jersey during a family vacation in July 2024, and that certain of the photographs, including Images-1 and -2, were taken at that hotel.

      c. RIVAS previously attended a university in Worcester, Massachusetts and at times resided with a relative at the Worcester Address.[6]

      d. In or around July 2024, RIVAS travelled to Japan to teach English to second-grade students. She returned in or around February 2025.[7]

11. Based on law enforcement's comparison of Images-1 and -2 with publicly available photographs, law enforcement further concluded that RIVAS produced and distributed Images-1 and -2 while located at a particular hotel located in Ridgefield Park, New Jersey.

12. Based on my education, training and experience, and my discussions with other law enforcement officers, and to the best of my knowledge and belief, the videos described above were transported and transmitted in and affecting interstate and foreign commerce and were transported and transmitted using any means and facility of interstate and foreign commerce, including by computer.

---

[6] During law enforcement's execution of a search warrant at Graham's residence, law enforcement recovered a box containing prepubescent child-sized sex doll. The box was surrounded by various baby items, such as bibs, a bottle, and pacifiers. The box had a shipping label that reflected a return name of "Natalie Rivas" and a return address of the Worcester Address.

[7] Open-source information further confirms that RIVAS travelled to Japan to work as an assistant language teacher for Japanese students.

7